**SO ORDERED: January 15, 2025.**



_____
**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN MARK DALTON, | ) | Case No. 22-4872-JJG-7A |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| THE RETIREMENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-50012 |
| | ) | |
| STEVEN MARK DALTON, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED JUDGMENT</u>**

This matter comes before the Court on the *Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)(6)* (the "Complaint") filed by The Retirement Group, LLC ("TRG") against Debtor/Defendant Steven Mark Dalton ("Dalton"). Consistent with the its *Amended Order Granting Plantiff's Motion for Summary Judgment*, entered contemporaneously herewith, the Court hereby enters judgment in favor of TRG and against Dalton on the Complaint and holds that the

subject indebtedness is excepted from the discharge pursuant to 11 U.S.C. § 523(a)(6).

###